JOHN J. MENCHACA
835 WILSHIRE BLVD, SUITE 300
LOS ANGELES, CA  90017
Telephone:  (213) 683-3317
Facsimile:    (213) 683-1883
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ISSAGHOLYAN, ANNIE ) | Case No. 2:14-BK-12600-RN |
| ) | |
| Debtor. ) | |
| ) | Chapter 7 |
| ) | |
| ) | **NOTICE OF CONTINUED MEETING OF** |
| ) | **CREDITORS AND APPEARANCE OF** |
| ) | **DEBTOR(S) 11 US.C.§341(A)** |
| ) | |

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter has been continued to April 14, 2014 at 1:30 p.m., 915 Wilshire Boulevard, 10th Floor, Meeting Room 2, Los Angeles, California 90017 for the reason set forth below:

   **1. Amend Schedule B to list the value of business.**
   **2. Amend Statement of Financial Affairs number 18 to include the business information.**

**Please inquire by email at igaeta@menchacacpa.com if appearance is necessary.**

DATED: March 27, 2014                         /s/ John J. Menchaca_____
                                              John J. Menchaca, Chapter 7 Trustee

I certify that I served the within Notice on the above Debtor(s), the attorney of record (if any), and interred parties on March 27, 2014.
                                              /s/ Imelda Gaeta_____
                                              Imelda Gaeta