FormCACB 108 (disord521a)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1)
# FOR FAILURE TO FILE INFORMATION REQUIRED UNDER § 521(a)(1)

**DEBTOR INFORMATION:**
ANNIE ISSAGHOLYAN

**BANKRUPTCY NO.**  2:14–bk–12600–RN

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–5430
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 4/7/14

**Address:**
234 ASH AVE.
BURBANK, CA 91502

The debtor has **FAILED** to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition; and

The debtor has not made a request pursuant to 11 U.S.C. § 521(i)(3) within 45 days after the date of the filing of the petition that resulted in the Court allowing the debtor an additional period, not to exceed 45 days, to file such information upon a finding of justification.

IT IS ORDERED THAT:

1)      Pursuant to 11 U.S.C. § 521(i)(1), the case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed, effective the 46th day after the date of the filing of the petition.

2)      Any discharge entered in this case is hereby vacated in its entirety.

DEBTOR DID NOT FILE A COMPLETED CERTIFICATION OF
EMPLOYMENT INCOME

BY THE COURT,

Dated: April 7, 2014

**Kathleen J. Campbell**
Clerk of Court