Romel Ambarchyan, SBN 245216
RA & Associates, APC
505 North Brand Boulevard, Suite 800
Glendale, California 91203
Tel 818.230.3220
Fax 818.230.3248
romel@raandassociates.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:14-bk-12600-RN |
| Annie Issagholyan, | Chapter 7 |
| Debtor. | NOTICE OF MOTION AND DEBTOR'S MOTION TO VACATE ORDER DISMISSING CHAPTER 7 CASE; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS AND DECLARATION OF DEBTOR'S COUNSEL IN SUPPORT THEREOF |
| | Hearing Information: |
| | DATE: May 8, 2014 |
| | TIME: 9:00 a.m. |
| | CTRM: 1645, Sixteenth Floor |
| | U.S. Bankruptcy Court |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |

TO THE HONORABLE RICHARD M. NEITER, CHAPTER 7 TRUSTEE JOHN J. MENCHACA, CREDITORS, AND ALL INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that Debtor's counsel Romel Ambarchyan ("Movant") hereby moves this Court for an order vacating the dismissal of the instant case on the basis that the dismissal arose from attorney error. Specifically, Movant failed to check a box on the "Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv). The Debtor is self-employed.

1
NOTICE OF MOTION AND MOTION

Written responses, if any, must be filed with the Court and served upon the Debtor and her counsel in conformance with Local Bankruptcy Rule 9013-1(7) and not less than 14 days prior to the above-captioned hearing. Failure to file and serve such written response(s) may be deemed to constitute a waiver and consent to the relief requested herein.

DATED: April 9, 2014

RA & Associates, APC

Romel Ambarchyan
Attorney for Debtor, Movant

This Motion is based upon the following Memorandum of Points and Authorities, the attached declaration of Debtor's counsel Romel Ambarchyan, all records and pleadings on file in this case, as well as such oral and documentary evidence as may be presented. In support thereof, Movant submits the following:

MEMORANDUM OF POINTS & AUTHORITIES

STATEMENT OF FACTS

The Debtor filed a voluntary petition under Chapter 7 on February 11, 2014 through her attorney of record, Mr. Romel Ambarchyan ("Movant"). John J. Menchaca ("Trustee") is the standing trustee assigned to this case.

On April 13, 2014, the Court issued a "Case Commencement Deficiency Notice to include Debtor's Cert of Empl Income (to check applicable box on form or paystubs are required [sic])" which shall hereinafter be referred to as the "Deficiency Notice."

A copy of the Deficiency Notice is attached hereto as Exhibit 1.

Movant did not, pursuant to 11 U.S.C. § 521(a)(3), request an extension of the 45-day deadline to file documents and information required by 11 U.S.C § 521(a)(1).

The meeting of creditors under 11 U.S.C. § 341(a) was held on March 25, 2014 and continued to April 14, 2014.

The instant case was dismissed on April 7, 2014. The order dismissing the instant case was not entered at the request of any parties in interest, but arises from an "automatic dismissal" of the case pursuant to 11 U.S.C. § 521(a)(1).

A copy of the Dismissal Order is attached hereto as Exhibit 2.

///

# ARGUMENT

Pursuant to 11 U.S.C. § 521(i)(1), the failure of the Debtor to file documents and information required by 11 U.S.C. § 521(a)(1) within 45 days of a petition filing mandates an automatic dismissal of the Debtor's case.

There is some authority holding that a court may, in extraordinary circumstances, excuse the filing of information required by § 521(a)(1)(B) after the time for filing such information expires. *See Wirrum v. Warren (In re Warren),* 568 F3d 1113 (9th Cir.2009); *Segarra-Miranda v. Acosta-Rivera (In re Acosta-Rivera),* 557 F.3d 8 (1st Cir.2009). However, in those cases the debtors sought dismissal under § 521(i) in an attempt to prevent investigation into the debtor's financial situation and the circumstances surrounding their respective filings.

Federal Rule of Civil Procedure 60, made applicable by Bankruptcy Rule 9024, allows, in pertinent part, the Court to relieve a party or its legal representative from a final judgment, order or proceeding for mistake, inadvertence, surprise, or excusable neglect.

Furthermore, a motion under Rule 60(b) must be made within a reasonable time from entry of the order from which it seeks relief. That is, one year.

In the instant case, Debtor's counsel failed to check an applicable box on the Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv). No bad faith on the part of the Debtor or her counsel is evident, and failure to "check a box" appears to be an excusable error on the part of Debtor's counsel.

All other documents and information required under 11 U.S.C. § 521(a)(1) have been filed in the instant case.

Granting of the relief requested in the instant Motion would not cause undue hardship on other parties, as the denial of this Motion would cause the Debtor to file a second bankruptcy proceeding. This would cause undue hardship on the Debtor as, again, the dismissal of the instant case arose not from a mistake or bad faith of her own doing, but on an excusable neglect of her counsel, the Movant.

A filing of a subsequent bankruptcy proceeding under Chapter 7 by the Debtor might cause undue hardship on other parties, as the delays caused by a necessary rescheduling of a new meeting under 11 U.S.C. § 341(a) and re-filing of any pleadings already filed in the instant case would consume additional time and resources.

## CONCLUSION

In light of the foregoing, Debtor respectfully requests an order of the Court as follows:

1. That the order dismissing the instant Chapter 7 bankruptcy proceeding be vacated;

2. That a new meeting of creditors under § 341(a) be set by the Court;

3. For other such relief as the Court may deem appropriate.

DATED: April 9, 2014                    RA & Associates, APC

                                        _____
                                        Romel Ambarchyan
                                        Attorney for Debtor, Movant

# DECLARATION

DECLARATION OF ROMEL AMBARCHYAN

I, Romel Ambarchyan, declare and state as follows:

1. I am an attorney at law, licensed to practice before all courts in the State of California and the Central District of California Federal Courts. I am over the age of eighteen years, and if called upon to testify, I could and would do so competently. I am the Plaintiff's attorney of record and have personal knowledge of the facts set forth herein, and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically state.

2. I am the attorney-of-record for Debtor Annie Issagholyan ("Debtor") in the instant Chapter 7 case, assigned case number 2:14-bk-12600-RN.

3. Attached hereto as Exhibit 1 is a true, correct and complete copy of the "Case Commencement Deficiency Notice to include Debtor's Cert of Empl Income (to check applicable box on form or paystubs are required [sic])."

4. Attached hereto as Exhibit 2 is a true, correct and complete copy of the order dismissing the instant case.

5. For the reasons stated in the attached Motion, I respectfully request that the Court vacate the order dismissing the instant case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

///

1 | Executed this 9th day of April, 2014, at Glendale, California.
2
3
4 | _____
5 | Romel Ambarchayn, Declarant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7
NOTICE OF MOTION AND MOTION

# EXHIBIT 1

FormCACB 108 (disord521a)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1) FOR FAILURE TO FILE INFORMATION REQUIRED UNDER § 521(a)(1)

**DEBTOR INFORMATION:**
ANNIE ISSAGHOLYAN

**BANKRUPTCY NO.** 2:14–bk–12600–RN

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5430
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/7/14

**Address:**
234 ASH AVE.
BURBANK, CA 91502

The debtor has **FAILED** to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition; and

The debtor has not made a request pursuant to 11 U.S.C. § 521(i)(3) within 45 days after the date of the filing of the petition that resulted in the Court allowing the debtor an additional period, not to exceed 45 days, to file such information upon a finding of justification.

IT IS ORDERED THAT:

1) Pursuant to 11 U.S.C. § 521(i)(1), the case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed, effective the 46th day after the date of the filing of the petition.

2) Any discharge entered in this case is hereby vacated in its entirety.

DEBTOR DID NOT FILE A COMPLETED CERTIFICATION OF
EMPLOYMENT INCOME

Dated: April 7, 2014

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form Rev. 03/09) VAN–108 disord521a                                                                           **16 / SMZ**

# EXHIBIT 2

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> ANNIE ISSAGHOLYAN | CHAPTER NO.: 7 |
| | CASE NO.: 2:14−bk−12600 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
  (to check applicable box on form or paystubs are required)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

   Chapter 7   Original only

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

|  |  |
|---|---|
|  | **KATHLEEN J. CAMPBELL, CLERK OF COURT** |
| Dated: <u>February 11, 2014</u> | By: <u>Olivia Ventura</u> <br> **Deputy Clerk** |

mccdn − Revised 12/2009                                                                                           4 − 1 / OVI

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Boulevard, Suite 2606, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Debtor's Motion to Vacate Order Dismissing Chapter 7 Case; Memorandum of Points and Authorities; Exhibits and Declaration of Debtor's Counsel in Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/10/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Romel Ambarchyan    romel@raandassociates.com
John J Menchaca (TR)    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/10/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: Annie Issagholyan, 234 Ash Avenue, Burbank, CA 91502

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 04/10/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

JUDGE: US Bankruptcy Court, 255 East Temple Street, Suite 1652, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/10/2014 | Albert Pfaffman | /s/ Albert Pfaffman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

## 2. SERVED BY UNITED STATES MAIL:

1 Fbsd
First Financial Bank USA
Po Box 1200
North Sioux City, SD 57049

1st Financial Bk Usa
363 W Anchor Dr
North Sioux Ci, SD 57049

ACCORD CREDITOR SERVICES, LLC
POBOX 10002
NEWNAN, GA 30271

American Credit Bureau
2755 S Federal Hwy
Boynton Beach, FL 33435

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Applied Bank
601 Delaware Ave
Wilmington, DE 19801

Applied Card Bank
Attention: Bankruptcy
Po Box 17125
Wilmington, DE 19886

ARS
PO Box 463023
Escondido, CA 92046-3023

BURBANK ATHLETIC CLUB MEDIA
PO BOX 10997
BURBANK, CA 91510

Cap One
Po Box 85520
Richmond, VA 23285

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821

CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY # 200
BREA, CA 92821

Cmre Financial Svcs In
3075 E Imperial Hwy Ste
Brea, CA 92821

Conlsultants For Anes. & Mgmt. Of P
PO Box 60790
Pasadena, CA 91116-6790

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

FAMILY READERS SERVICE
PO BOX1469
ELYRIA, OH 44036

Focus Recievables Management
1130 Northchase Parkway Suite150
Marietta, GA 30067

Gecrb/care Credit
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/care Credit
C/o Po Box 965036
Orlando, FL 32896

GECRB/GAP
PO Box 965005
Orlando, FL 32896

Glendale Adventist Med Center
1509 Wilson Terrace
Glendale, CA 91206

Glendale Memorial Hospital
PO Box 101095
Pasadena, CA 91189

Grant & Weber
26575 West Agoura Rd
Calabasas, CA 91302

HAWTHORNE RAD ASSOC MED GRP
POBOX 190
SIMI VALLEY, CA 93062

IONA A BINA MD
222 W. EUILALIA ST. STE. 114
GLENDALE, CA 91204

MAGIDOFF SADAT & GILMORE, LLP
21900 BURBANK BLVD., STE. 112
WOODLAND HILLS, CA 91367

Michael & Associates, PC
555 St. Charles Dr. # 204
Thousand Oaks, CA 91360

Midland Funding
8875 Aero Dr. Ste. 200
San Diego, CA 92123

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Nelson, LWatson & Associates, LLC
80 Merrimack St.
Haverhill, MA 01830

Nordstrom
PO Box 6555
Englewood, CO 80155

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Recvry&affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Selena Lantry MD, Inc.
PO Box 4545
Boynton Beach, FL 33424

SOCAL ANASTHESIA CMG, INC
POBOX 60790
PASADNA, CA 91116

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440

THe Schreiber Law Firm
6 Interplex Dr. # 209
Travose, PA 19053

West Bay Aquisitions
PO Box 8009
Cranston, RI 08920