| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Romel Ambarchyan - SUSPENDED -<br>RA & Associates, APC<br>505 North Brand Blvd. Ste. 800<br>Glendale, CA 91203<br>818-230-3220<br>Fax : 818-230-3248<br>Email: romel@raandassociates.com | FILED<br>AUG 12 2014<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |
| *Attorney for:* Debtor | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>ANNIE ISSAGHOLYAN<br><br>Debtor(s). | CASE NO.: 2:14-bk-12600-RN<br>ADVERSARY NO.:<br>*(if applicable)*<br>CHAPTER: 7 |
|---|---|
| <br>vs.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY** |

1. The name of the party making this Substitution of Attorney is *(specify name)*: Romel Ambarchyan

2. The name, address, telephone number, and email address of the new attorney are *(specify)*: RA & Associates, APC Anton Abramyan 505 N Brand Blvd Ste 800 Glendale, CA 91203

3. New attorney hereby appears in the following matters:   ☒ the case    ☐ the above adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 2090-1.4.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place and stead of the present attorney. *(Specify name of present attorney)*: Romel Ambarchyan

Date: 08/07/2014

_____
Signature of party

ANNIE ISSAGHOLYAN
Printed name of party

I consent to the above substitution.

Date: 08/07/2014

_____
Signature of present attorney

Romel Ambarchyan
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 08/07/2014

_____
Signature of new attorney

Anton Abramyan
Printed name of new attorney

**IMPORTANT NOTICE**

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                        F 2090-1.4.SUBSTITUTION.ATTY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

RA & Associates, APC
505 North Brand Blvd. Ste. 800  Glendale, CA 91203

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) 8/12/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

John J. Menchaca (TR)
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/12/14 | Anet Ayvazyan | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 3                         F 2090-1.4.SUBSTITUTION.ATTY